IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  O'Connor, Reginald | Case Number:  06 B 11228 |
| | Judge:  Wedoff, Eugene R |
| Printed:  10/30/07 | Filed:  9/8/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion:  October 25, 2007
Confirmed:  November 30, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,223.00 | |
| Secured: | | 1,412.29 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 704.00 |
| Trustee Fee: | | 106.71 |
| Other Funds: | | 0.00 |
| Totals: | 2,223.00 | 2,223.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 704.00 | 704.00 |
| 2. | Robert J Semrad & Associates | Administrative | 715.00 | 0.00 |
| 3. | Drive Financial Services | Secured | 0.00 | 0.00 |
| 4. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 5. | Nationwide Acceptance Corp | Secured | 0.00 | 0.00 |
| 6. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 7. | Steven & Bruce Pinsler | Secured | 2,500.00 | 250.00 |
| 8. | American General Finance | Secured | 531.99 | 60.14 |
| 9. | HSBC Mortgage Services | Secured | 25,094.99 | 1,102.15 |
| 10. | National Auto Finance Inc | Unsecured | 1,630.42 | 0.00 |
| 11. | Wells Fargo Financial Illinois Inc | Unsecured | 336.60 | 0.00 |
| 12. | Steven & Bruce Pinsler | Unsecured | 1,291.25 | 0.00 |
| 13. | Nationwide Acceptance Corp | Unsecured | 239.75 | 0.00 |
| 14. | City Of Chicago Dept Of Revenue | Unsecured | 52.80 | 0.00 |
| 15. | Verizon Wireless | Unsecured | 47.85 | 0.00 |
| 16. | American General Finance | Unsecured | 307.24 | 0.00 |
| 17. | Premier Bankcard | Unsecured | 22.76 | 0.00 |
| 18. | B-Line LLC | Unsecured | 97.55 | 0.00 |
| 19. | AFNI | Unsecured | | No Claim Filed |
| 20. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 21. | Hsbc Nv | Unsecured | | No Claim Filed |
| 22. | Galaxy Construction | Unsecured | | No Claim Filed |
| 23. | NCO Financial Systems | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 33,572.20 | $ 2,116.29 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** O'Connor, Reginald

Printed: 10/30/07

Case Number: 06 B 11228
Judge: Wedoff, Eugene R
Filed: 9/8/06

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 106.71 |
|  | _____ |
|  | $ 106.71 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_
_____